DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YASSER ANAYA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2390

[February 8, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case No. 02-21296CF10A.

Yasser Anaya, Bonifay, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***